LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
dalekgalipo@yahoo.com

Attorney for Plaintiffs

O

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHA DANEAN PORTER, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF LARRY MOORE, JR. ANIYAH REED, a minor through her Guardian Ad Litem, LATIA REED,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; local public entity, and DEPUTY SHERIFF JOSHUA CONLEY,<br><br>Defendants. | CASE NO. :EDCV 07-00699 SGL (JCRx)<br><br>**ORDER RE: CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>PRE-TRIAL CONFERENCE<br>Date:     November 10, 2008<br>Time:           11:00 a.m.<br><br>TRIAL<br>Date:     November 18, 2008<br>Time:           9:30 a.m. |

///

1

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Pretrial Conference and hearing on plaintiff's Motion to Bifurcate Liability From Damages, docket No. 83, in this matter currently scheduled for November 10, 2008, are hereby continued on calendar to November 17, 2008 at 11:00 a.m., in Courtroom One of this Court.

**IT IS ORDERED:**

Dated: November _7, 2008

_____
HONORABLE STEPHEN G. LARSON
U.S. DISTRICT COURT JUDGE

PROOF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On November 7, 2008, I served the foregoing document described as **[PROPOSED] ORDER RE: CONTINUANCE OF PRETRIAL CONFERENCE** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Risa Christensen, Esq.<br>
Dennis E. Wagner, Esq.<br>
WAGNER & PELAYES, LLP<br>
1325 Spruce Street, Ste. 200<br>
Riverside, California 92507

METHOD OF SERVICE

___   (BY MAIL) I caused such envelope(s) fully prepaid to be placed in the United States mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (BY FACSIMILE) I caused such document(s) to be telephonically transmitted to the offices of the addressee(s).

JURISDICTION

___   (State) I declare under penalty of perjury that the above is true and correct.

XX   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 7, 2008, at Woodland Hills, California.

/s/
_____
Alicia Gomez